```
1   Hal Michael Clyde SBN 302473
    MClyde@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, CA  94304-1212
    Telephone: 650.838.4416
4   Facsimile: 650.838.4616

5   Attorney for James L. Bosworth
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES L. BOSWORTH, an individual,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>CUBICON CORPORATION, a Delaware corporation,<br><br>　　　　　　Respondent.. | Case No. 16-2416<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING PLAINTIFF JAMES L. BOSWORTH TIME TO RESPOND TO DEFENDANT CUBICON CORPORATION'S PETITION TO VACATE ARBITRATION AWARD** |

**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

　　　　WHEREAS, on June 2, 2016, Defendant Cubicon Corporation ("Cubicon") served electronically via ECF its Petition to Vacate Arbitration Award in the above-captioned action;

　　　　WHEREAS, Plaintiff James L. Bosworth's ("Bosworth") answer or response to Cubicon's Petition to Vacate Arbitration Award is due on June 17, 2016;

　　　　WHEREAS, the Parties have conferred and agreed to an extension;

　　　　WHEREAS, the agreed-to extension will not alter any currently existing deadlines or the current case schedule;

　　　　NOW, THEREFORE, it is hereby stipulated by and between the Parties through their respective attorneys as follows:

1.     The time for Bosworth to file an answer or response to the Petition to Vacation Arbitration Award shall be extended until and including June 27, 2016.

DATED: June 16, 2016

**PERKINS COIE LLP**

By: _____
H. Michael Clyde
*mclyde@perkinscoie.com*

*Attorney for Plaintiff/*
JAMES L. Bosworth

DATED: June __, 2016

**LAW OFFICE OF YASHA RAHIMZADEH**

By: _____
Yasha Rahimzadeh
*yr_law@hotmail.com*

*Attorney for Defendant*
CUBICON CORPORATION

1. The time for Bosworth to file an answer or response to the Petition to Vacation Arbitration Award shall be extended until and including June 27, 2016.

DATED: June 16, 2016

**PERKINS COIE LLP**

By: _____
H. Michael Clyde
*mclyde@perkinscoie.com*

*Attorney for Plaintiff/*
JAMES L. Bosworth

DATED: June 16, 2016

**LAW OFFICE OF YASHA RAHIMZADEH**

By: _____
Yasha Rahimzadeh
*yr_law@hotmail.com*

*Attorney for Defendant*
CUBICON CORPORATION

-2-
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PETITION TO VACATE ARBITRATION AWARD

-3-

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the time for Plaintiff James L. Bosworth. to file an answer or response to the Petition to Vacate Arbitration Award is extended until and including June 27, 2016.

**IT IS SO ORDERED.**

DATED: _June 22_, 2016

_____
DISTRICT JUDGE