IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L BOSWORTH,<br><br>    Plaintiff,<br><br>  v.<br><br>CUBICON CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 16-02416 WHA<br><br>**JUDGMENT** |

    For the reasons stated in the order granting the petition to confirm the arbitration award, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of James L. Bosworth and against Cubicon Corporation. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 3, 2016.

                                                                           WILLIAM ALSUP<br>
                                                                           UNITED STATES DISTRICT JUDGE